UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 07-439 (JNE/SRN) |
| Plaintiff, | |
| v. | ORDER |
| Marco Orlando Tinnin (06), Danta Franks (12), and Darrel Robinson (15), | |
| Defendants. | |

This case is before the Court on a Report and Recommendation issued by the Honorable Susan Richard Nelson, United States Magistrate Judge, on March 14, 2008. Defendants Marco Orlando Tinnin and Darrel Robinson filed objections to the Report and Recommendation. The Government filed a response to the objections. Based on a de novo review of the record, the Court adopts the Report and Recommendation [Docket No. 506]. Accordingly, IT IS ORDERED THAT:

1. Defendant Marco Orlando Tinnin's Motion to Suppress Statements [Docket No. 183] is DENIED.

2. Defendant Marco Orlando Tinnin's Motion to Suppress Electronic Surveillance and Wiretapping [Docket No. 262] is DENIED.

3. Defendant Danta Franks' Motion to Suppress Admissions or Confessions [Docket No. 313] is deemed WITHDRAWN.

4. Defendant Danta Franks' Motion to Suppress Evidence Obtained as a Result of Search and Seizure [Docket No. 314] is deemed WITHDRAWN.

5. Defendant Danta Franks' Motion to Dismiss Indictment as Insufficient [Docket No. 356] is DENIED.

6. Defendant Darrel Robinson's Motion to Suppress Evidence from Search and Seizure [Docket No. 215] is DENIED.

2

7. Defendant Darrel Robinson's Motion to Suppress Statements [Docket No. 216] is DENIED.

8. Defendant Darrel Robinson's Motion to Suppress Electronic Surveillance Evidence [Docket No. 217] is DENIED.

Dated:  April 17, 2008

                                              s/  Joan N. Ericksen
                                              JOAN N. ERICKSEN
                                              United States District Judge