**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| **United States of America,** | **Criminal No. 07-439 (JNE/SRN)** |
| **Plaintiff,** | |
| v. | **ORDER** |
| **Marco Jeanpierre (06)[1]** | |
| **Defendant.** | |

This case is before the Court on a Report and Recommendation issued by the Honorable Franklin L. Noel, United States Magistrate Judge, on April 23, 2008. Defendant Marco Jeanpierre filed an objection to the Report and Recommendation. The Government filed a response to the objection. Based on a de novo review of the record, the Court adopts the Report and Recommendation [Docket No. 539].

Accordingly, IT IS ORDERED THAT Defendant Marco Jeanpierre's Motion for Suppression of Evidence Derived from Search Warrants [Docket No. 508] is DENIED.

Dated: May 28, 2008

s/ Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge

---

[1] Earlier in this case, Defendant was referred to by the name Marco Orlando Tinnin. At Defendant's arraignment on April 11, 2008, the Clerk of Court was directed to change the name to Marco Jeanpierre.